IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK HENNING,

                                                      ORDER

                    Plaintiff,

                                                        06-cv-65-jcs[1]

      v.

RANDL S. JAHNS,
BRADLEY M. KNAPP and
SHAWN BECKER,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In a December 15, 2009 order, I denied plaintiff Mark Henning's motion to reopen this case three years after he voluntarily dismissed it.  Now plaintiff has filed a motion for reconsideration of that order, arguing that he has been delayed for so long because he was incarcerated for much of the three-year period, and noting that Judge Shabaz "found merit" in his case by granting him leave to proceed.

       I will deny plaintiff's motion.  Regardless of plaintiff's incarceration, three years is an unreasonable time to wait to reopen the case.  It is irrelevant that Judge Shabaz granted

---

[1] Because Judge Shabaz has taken senior status, I am assuming jurisdiction over this case for the purpose of issuing this order.

1

plaintiff leave to proceed; the issue is whether plaintiff has sought to reopen his case "within a reasonable time." Fed. R. Civ. P. 60(b). Plaintiff has not shown a persuasive reason for the delay.

Plaintiff should understand that because the case was dismissed without prejudice, he remains free to file a new lawsuit containing the same allegations as his previous suit.

ORDER

IT IS ORDERED that plaintiff Mark Henning's motion for reconsideration of the court's December 15, 2009 order, dkt. #21, is DENIED.

Entered this 23rd day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge